```
***1511410***

DT 91 CON LLC
C/O JEFF C. DANIELS
4 CARREN CIRCLE
HUNTINGTON, NY 11743


JAY R. BERMAN
61-06 MYRTLE AVENUE
GLENDALE, NY 11385


MAG REALTY CORP.
475 WASHINGTON AVENUE
BROOKLYN, NY 11238


NYC DEPT. OF FINANCE
59 MAIDEN LANE
NEW YORK, NY 10038


WENIG & SALTIER LLP
26 COURT STREET, SUITE 200
BROOKLYN, NY 11242
```