UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
:
:
22 Fiske Place, LLC                                    :          Chapter 11 Case No.  <u>15-11410</u> (SCC)
:
:
----------------------------------------------------------------x


ORDER SCHEDULING INITIAL CASE
CONFERENCE

22 Fiske Place, LLC (the "Debtor ") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on May 28, 2015, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room 623, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on July 23, 2015 at 2:00 p.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five (5) largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of

such notice with the Clerk of the Court.

Dated: June 4, 2015
       New York, New York

                                         /S/ Shelley C. Chapman
                                    UNITED STATES BANKRUPTCY JUDGE