UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE:

       22 Fiske Place, LLC,

                 Debtor.

-----------------------------------------------------------x

CASE NO. 15-11410-SCC

CHAPTER 11

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**S I R S :**

    **PLEASE TAKE NOTICE**, that STEIN, WIENER & ROTH, L.L.P., on behalf of SLS Funding Co. Inc., hereby enters its appearance as attorneys for SLS Funding Co. Inc., in the above matter, and pursuant to Bankruptcy Rule 2002, request that its name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

        STEIN, WIENER & ROTH, L.L.P.
        One Old Country Road, Suite 113
        Carle Place, New York 11514

    **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

DATED:    Carle Place, New York
              June 5, 2015

                                      STEIN, WIENER & ROTH, L.L.P.

                                      BY: _____
                                      PRANALI DATTA, ESQ.
                                      Attorneys for SLS Funding Co. Inc.
                                      One Old Country Road, Suite 113
                                      Carle Place, New York 11514
                                      (516) 742-1212

TO:

Scott S. Markowitz, Esq.
Debtor's Attorney
Tarter Krisky & Drogin LLP
1350 Broadway, 11th Floor
New York, NY 10018

22 Fiske Place, LLC
Debtor
20 East 49th Street, #4D
New York, NY 10017

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                    CASE NO. 15-11410-SCC

    22 Fiske Place, LLC,
                                                          CHAPTER 11


              Debtor.

------------------------------------------------------------X

===============================================================================

## NOTICE OF APPEARANCE and
## REQUEST FOR SERVICE OF PAPERS

===============================================================================

STEIN, WIENER & ROTH, L.L.P.
Attorneys for SLS Funding Co. Inc.
Office & P.O. Address
One Old Country Road, Suite 113
Carle Place, New York 11514
(516) 742-1212
53186/SFC