**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: 22 Fiske Place, LLC | CASE NO.: 15–11410–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 26–3126940 | CHAPTER: 11 |

# NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the hearing scheduled for July 13, 2016 has been adjourned. The new hearing date on the Application for Final Professional Compensation for Tarter Krinsky & Drogin LLP (Doc #168) & Motion to Allow Claims of Secured Creditor DT91CONN, LLC (Claim No. 4) (Doc #187) will be August 1, 2016 at 11:00 a.m.

Thank you

Dated: July 5, 2016                                Vito Genna
                                                   Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                              Case No. 15-11410-scc
22 Fiske Place, LLC                                                 Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: gwhite          Page 1 of 2          Date Rcvd: Jul 05, 2016
                              Form ID: 143          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2016.
```
db              #+22 Fiske Place, LLC,    20 East 49th Street,    #4D,    New York, NY 10017-1023
aty              +Richard C. Morrissey,    Office of the U.S. Trustee,    33 Whitehall Street, 21st Fl.,
                   New York, NY 10004-2112
aty              +Tarter Krinskey & Drogin LLP,    1350 Broadway,    New York, NY 10018-7702
smg               N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg               New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                   Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg              +United States Attorney's Office,    Southern District of New York,
                   Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
unk              +DT91CONN, LLC,    c/o Jeffrey C. Daniels PC,    4 Carren Circle,    Huntington, NY 11743-5102
cr               +SLS Funding Co. Inc.,    c/o Stein Wiener & Roth LLP,    One Old Country Road, Suite 113,
                   Carle Place, NY 11514-1847
6951774          +BRYAN CAVE LLP,    Attorneys for Michael Cibelli,    Attn: Stephanie Wickouski,
                   1290 Avenue of the Americas,    New York, New York 10104-0101
6951775          +Concetta G. Spirio, Esq.,    173 North Main Street PMB # 320,    Sayville, NY 11782-2512
6727128          +DT91CONN, LLC,    c/o Jeffrey C. Daniels, P.C.,    4 Carren Circle,
                   Huntington, New York 11743-5102
6784808          +FISKE HOUSE APT. CORP & KAREN V.M. SMITH,    1008 SUMMIT AVE 5A,    BRONX, NY 10452-5042
6701134          +JAY R. BERMAN,    c/o Wenig Saltiel LLP,    26 Court Street, Suite 1200,
                   Brooklyn, NY 11242-1112
6701133          +JEFF C. DANIELS,    Attorneys for DT 91 CON LLC,    4 CARREN CIRCLE,    HUNTINGTON, NY 11743-5102
6701135          +MAG REALTY CORP.,    475 WASHINGTON AVENUE,    BROOKLYN, NY 11238-2345
6830877          +MICHAEL A. CIBELLI,    1263 EAST 93RD STREET,    BROOKLYN, NY 11236-4322
6951221          +Michael Cibelli,    1263 E. 93rd St.,    Brooklyn, New York, New York 11236-4322
6773328          +Mitchell Asher,    c/o Wenig Saltiel LLP,    26 Court Street, Suite 1200,
                   Brooklyn, NY 11242-1112
6709351           NEW YORK CITY WATER BOARD,    DEPARTMENT OF ENVIRONMENTAL PROTECTION,
                   ANDREW RETTIG, ASSISTANT COUNSEL,    9-17 JUNCTION BLVD., 13TH FLOOR,
                   FLUSHING, N.Y. 11373-5108
6737412          +NYC DEPARTMENT OF FINANCE,    BANKRUPCY AND ASSIGNMENT UNIT,    345 ADAMS STREET, 10TH FLOOR,
                   BROOKLYN, NEW YORK 11201-3719
6701136          +NYC DEPT. OF FINANCE,    59 MAIDEN LANE,    NEW YORK, NY 10038-4613
6768149          +Prasad Realty Corp. and Pankaj Prasad,    c/o Schillinger & Finsterwald, LLP,
                   81 Main Street, Suite 307,    White Plains, NY 10601-1719
6773390          +SLS Funding Co. LLC,    c/o Dr. Larry Simon,    3 East 84th Street, Unit 1W,
                   New York, NY 10028-0427
6703042          +Stein Wiener & Roth LLP,    Attorneys for SLS Funding Co. Inc.,
                   One Old Country Road, Suite 113,    Carle Place, NY 11514-1847
6701137          +WENIG & SALTIER LLP,    26 COURT STREET, SUITE 200,    BROOKLYN, NY 11242-1103
6773324          +Wenig Saltiel LLP,    26 Court Street, Suite 1200,    Brooklyn, NY 11242-1112
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg               E-mail/Text: cio.bncmail@irs.gov Jul 05 2016 19:21:26      Internal Revenue Service,
                   PO Box 7346,    Philadelphia, PA 19101-7346
smg               E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 05 2016 19:21:41
                   New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                   Albany, NY 12205-0300
ust              +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 05 2016 19:21:29      United States Trustee,
                   Office of the United States Trustee,    U.S. Federal Office Building,
                   201 Varick Street, Room 1006,    New York, NY 10014-9449
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
unk              Clerks Office of the U.S. Bankruptcy Court
unk              Fiske House Apt. Corp.
unk              Internal Revenue Service
op               Jay R. Berman
unk              Karen V.M. Smith
unk              Lamin Jaiteh
cr               Michael Cibelli
intp             Nicholas Gordon
6739928*         Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 8, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0208-1          User: gwhite              Page 2 of 2                  Date Rcvd: Jul 05, 2016
                              Form ID: 143              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2016 at the address(es) listed below:
              Arthur  Goldstein    on behalf of Debtor    22 Fiske Place, LLC agoldstein@tarterkrinsky.com,
               snobles@tarterkrinsky.com
              Ian J. Gazes
               office@GazesLLC.com;yortiz@gazesllc.com;ddinoso@gazesllc.com;igazes@ecf.epiqsystems.com
              Jeffrey L. Saltiel    on behalf of Other Prof. Jay R. Berman jsaltiel@ltattorneys.com
              Jill L. Makower    on behalf of Debtor    22 Fiske Place, LLC jmakower@tarterkrinsky.com,
               snobles@tarterkrinsky.com
              Michelle  McMahon     on behalf of Creditor Michael   Cibelli michelle.mcmahon@bryancave.com,
               jamila.willis@bryancave.com
              Pranali  Datta    on behalf of Creditor    SLS Funding Co. Inc. pdatta@hhstein.com,
               carnold@hhstein.com;jbrocks@HHStein.com;nnapoli@hhstein.com
              Robert J. Spence    on behalf of Unknown    DT91CONN, LLC rspence@spencelawpc.com,
               jlehr@spencelawpc.com;johnlehr23@gmail.com
              Scott S. Markowitz    on behalf of Attorney    Tarter Krinskey & Drogin LLP
                smarkowitz@tarterkrinsky.com,  croca@tarterkrinsky.com
                                                                                             TOTAL: 8
```